**Order entered October 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01038-CV

### KARLA C. LIANG, Appellant

### V.

### SHAWANNA EDWARDS, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00315-2014**

## ORDER

We **GRANT** the September 28, 2015 motion of Claudia Webb, Official Court Reporter

for the Collin County Court at Law No. 4, for an extension of time to file the reporter's record.

The reporter's record shall be filed **WITHIN THIRTY DAYS** of the date of this order.

/s/     ELIZABETH LANG-MIERS
         JUSTICE